## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **COLGAN FINANCIAL GROUP, INC.,** | : | **CIVIL ACTION NO.** |
| **Plaintiff,** | : | **3:14-CV-01254 (VLB)** |
| | : | |
| **v.** | : | |
| | : | |
| **FIRST 100, LLC; JAY BLOOM;** | : | |
| **and MATTHEW FARKAS,** | : | |
| **Defendants.** | : | **September 25, 2014** |

### ORDER FOR PREJUDGMENT REMEDY

**WHEREAS,** the Plaintiff Colgan Financial Group ("CFG") in the above

entitled action has made application pursuant to Fed. R. Civ. P. 64, Local Federal

Rule of Civil Procedure Rule 4(c) and Conn. Gen. Stat. § 52-278a, *et seq.*, for a

prejudgment remedy to attach the assets of Defendant Jay Bloom and the assets

of Defendant Matthew Farkas, to garnish property or obligations due from third

parties known to the Plaintiff or as may be hereafter identified in such

Defendants' response to the Plaintiff's Motion to Disclose Assets, and to compel

each such Defendant to bring sufficient out-of-state assets within Connecticut

and file with the Clerk of the Court for preservation pending the final outcome of

this action, in order to secure the sum of $750,000; and

**WHEREAS,** after due hearing at which the parties appeared and were fully

heard, it is found, upon consideration of the facts before this Court, and the

Defendant having disavowed that it has any defenses, claims of exemption and

claims of adequate insurance, nor any plausible counterclaims or set-offs, that

the Plaintiff has shown probable cause that such a judgment will be rendered in

the matter in the Plaintiff's favor in the amount of the prejudgment remedy sought;

NOW, THEREFORE, it is hereby ORDERED that a prejudgment remedy against Defendant Jay Bloom and Defendant Matthew Farkas, jointly and severally, be issued to secure the sum of $750,000 by:

1.      Attaching the assets of each of Jay Bloom and Matthew Farkas and garnishing property or obligations due from third parties as known to the Plaintiff or as may be hereafter be identified, including in Defendants' response to the Motion to Disclose Assets, to secure the sum of $750,000;

2.      Directing Defendant Jay Bloom to deliver to the Clerk of the Court all assets wherever located necessary to secure the sum of $750,000 for preservation pending the final outcome of this action; and

3.      Directing Defendant Matthew Farkas to deliver to the Clerk of the Court all assets wherever located necessary to secure the sum of $750,000 for preservation pending the final outcome of this action.

IT IS SO ORDERED.

_____/s/_____

Hon. Vanessa L. Bryant

United States District Judge

Dated at Hartford, Connecticut: September 25, 2014