UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------x
COLGAN FINANCIAL GROUP, INC.  :  CIVIL ACTION NO.:
v.                            :  3:14-CV-01254 (VLB)
FIRST 100, LLC;               :
JAY BLOOM; AND                :
MATTHEW FARKAS                :
                              :  January 3, 2016
------------------------------------------------x

## STIPULATED JUDGMENT

The parties hereto hereby stipulate to the entry of judgment in favor of the Plaintiff against the Defendant, First 100, LLC in the amount of $200,000.00, plus post-judgment interest.

Respectfully submitted this day of January 3, 2016.

By: _____
Robert Laplaca (ct21184)
Andrew B. Nevas (ct05059)
LEVETT ROCKWOOD P.C.
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
Telephone: (203) 222-0885
Facsimile: (203) 226-8025
Email: rlaplaca@levettrockwood.com
Email: anevas@levettrockwood.com

By: _____
Brian W. Smith
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT 06460
Telephone: 203-882-4155
Email: bsmith@bmdlaw.com

## CERTIFICATION

I hereby certify that on January 4, 2016 a copy of the foregoing was filed electronically and served by U.S. mail, first class postage prepaid on any party unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Andrew B. Nevas
Andrew B. Nevas