UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COLGAN FINANCIAL GROUP, INC.

V.

CASE NO. 3:14-cv-01254-VLB

FIRST 100, LLC,
JAY BLOOM, AND
MATTHEW FARKAS

# JUDGMENT

This action having come on for consideration before the Honorable Vanessa L. Bryant, United States District Judge, as a result of the Order dismissing the case filed on April 27, 2015; and

The parties' having filed a Stipulated Judgment on January 4, 2016 for entry of judgment in favor of the plaintiff; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the plaintiff against defendant, First 100, LLC in the amount of $200,000.00, plus post judgment interest

Dated at Hartford, Connecticut, this 8th day of January, 2016.

ROBIN D. TABORA, Clerk

By /s/ AB
Angela Blue
Deputy Clerk

EOD: 1/11/2016